**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02839-REB-KLM

GYPSUM STORAGE DEVELOPMENT, LLC, a Colorado limited liability company,

    Plaintiff,

v.

W. REED EDGEL & ASSOCIATES, INC., a Utah corporation,
HINDERER BROTHERS, INC., a North Dakota corporation.
W. REED EDGEL, a citizen of Utah, and
DARYL HINDERER, a citizen of Colorado,

    Defendants,

EMPLOYERS MUTUAL CASUALTY, CO., an Iowa corporation,

    Garnishee,

## ORDER DISMISSING WRIT OF GARNISHMENT

**Blackburn, J.**

The matter before me is the **Joint Motion To Dismiss Writ of Garnishment** [#12], filed January 21, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and the Writ of Garnishment, originally filed in Colorado's Fifth Judicial District Court, Docket No. 08-CV-373, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion To Dismiss Writ of Garnishment** [#12], filed January 21, 2011, is **GRANTED**; and

2.  That plaintiff Gypsum Storage Development, LLC's **Writ of Garnishment – Judgment Debtor Other Than Natural Person** [#1, Exhibit A], filed November 19, 2010, is **DISMISSED WITH PREJUDICE**.

Dated January 26, 2011, at Denver, Colorado.

                                                          **BY THE COURT:**

                                                          */s/ Bob Blackburn*
                                                          Robert E. Blackburn
                                                          United States District Judge