**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02839-REB-KLM

GYPSUM STORAGE DEVELOPMENT, LLC, a Colorado limited liability company,

    Plaintiff,

v.

W. REED EDGEL & ASSOCIATES, INC., a Utah corporation,
W. REED EDGEL, a citizen of Utah,
HINDERER BROTHERS, INC., a North Dakota corporation, and
DARYL HINDERER, a citizen of Colorado,

    Defendants,

EMPLOYERS MUTUAL CASUALTY CO., an Iowa corporation,

    Garnishee.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter before me is the **Joint Status Report** [#16] filed February 24, 2011. At the conclusion of the status report, the parties request that the court close this matter administratively because there are no issues remaining for determination by the court. After reviewing the report and the file, I conclude that the motion should be granted and that this action should be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the request contained in the **Joint Status Report** [#16] filed February 24, 2011, to administratively close this case is **GRANTED**;

    2. That this action is **CLOSED ADMINISTRATIVELY**; and

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated February 25, 2011, at Denver, Colorado.

                                       **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge